**LEWIS BRISBOIS BISGAARD & SMITH LLP**
REBECCA R. WEINREICH, SB# 155684
  E-Mail: Rebecca.Weinreich@lewisbrisbois.com
ANGELA A. ZANIN, SB# 229149
  E-Mail: Angela.Zanin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Respondent NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (DOE 1)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TIMOTHY CROSS; LESLY CROSS, <br><br>Petitioners, <br><br>vs. <br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (DOE 1); <br><br>Respondents. | CASE NO. **19-347** <br><br>**RESPONDENT NATIONAL UNION'S NOTICE TO FEDERAL COURT OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332(a) AND 1441(b); CERTIFICATE OF INTERESTED PARTIES** |

**TO THE HONORABLE COURT, PETITIONERS HEREIN, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Respondent NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (DOE 1) ("National Union"), by and through its counsel, hereby files this Notice of Removal to remove the state civil action pending in the Superior Court of the State of California, County of Placer, entitled *Timothy Cross, et al. v. American International Group, Inc.*[1], Case Number SCV 0042620, commenced on March 6, 2019 ("State Court Action"), on the basis of diversity of citizenship, pursuant to 28 U.S.C. §§1332(a) and 1441(b).

---

[1] On April 30, 2019, petitioners Timothy and Leslie Cross dismissed the only respondent named in the statue court action, American International Group, Inc. and, in its place, named National Union as Doe 1.

4848-1027-3941.1

1

## I. THE REMOVAL IS TIMELY

1. On March 6, 2019, Petitioners Timothy Cross and Lesly Cross ("Petitioners"), by and through her attorneys of records, commenced the State Court Action by filing a Petition to Compel Arbitration against American International Group, Inc. ("AIG, Inc."), which is currently set for hearing on May 9, 2019. The Petition to Compel Arbitration was personally served on AIG, Inc., on or about March 7, 2019. A true and correct copy of the Petition to Compel Arbitration in the State Court Action is attached as Exhibit A.

2. On or about April 22, 2019, Specially Appearing National Union filed an Opposition to the Petition in the State Court Action. In its Opposition, National Union specifically stated that it intended to remove the action to federal court once National Union was named as a party and service was properly effected on National Union. A true and correct copy of the Opposition to the Petition to Compel Arbitration is attached as Exhibit B, along with the supporting documents to that Petition, Exhibit C (Request for Judicial Notice), and Exhibit D (Declaration of Linda Murphy).

3. That same day, Specially Appearing National Union filed a Motion to Change Venue from Placer County Superior Court to Sacramento Superior Court, which is set for hearing May 23, 2019, in the State Court Action. In its Motion to Change Venue, National Union specifically stated that it intended to remove the action to federal court once National Union was named as a party and service was properly effected on National Union. A true and correct copy of the Motion to Change Venue is attached as Exhibit E.

4. Also on April 22, Specially Appearing erroneously named non party AIG, Inc., filed a Motion to Quash Service, which was set for hearing May 23, 2019. A true and correct copy of the Motion to Quash Service is attached as Exhibit F.

5. On or about April 30, 2019, Petitioners filed a Request for Dismissal of non party AIG, Inc. in the State Court Action. A true and correct copy of the Request for Dismissal of AIG, Inc. is attached as Exhibit G.

6. On or about April 30, 2019, Petitioners filed a Doe Amendment naming National Union in the State Court Action. A true and correct copy of the Doe Amendment is attached as Exhibit H.

7. On or about April 30, 2019, National Union's counsel, Rebecca Weinreich, accepted service on behalf of National Union of the Doe Amendment naming National Union in the State Court Action.

8. Upon receiving the dismissal of AIG Inc., counsel contacted the court in the State Court Action to take the hearing of the Motion to Quash off-calendar, which was set for May 23, 2019.

9. National Union files this Notice of Removal within the 30 day time limit for removal set forth in 28 U.S.C. § 1446(b)(3), as National Union was served as a Doe defendant on April 30, 2019 (Exhibit H).

## II. REMOVAL IS PROPER BASED UPON DIVERSITY OF CITIZENSHIP

10. This action may be removed to this Court by National Union pursuant to the provisions of 28 U.S.C. §§1332(a) and 1441(b), in that it is a civil action between citizens of different states and the matter in controversy seeks nonmonetary relief and exceeds the sum of $75,000, exclusive of interest and costs.

### A. Petitioners and National Union Are Not Citizens of the Same State

11. In his petition, Timothy Cross alleges that he is, and was at all times, a competent adult and a resident of Placer County, California. As such, he is a citizen of the state of California.

12. In her petition, Lesley Cross alleges that she is, and was at all times, a competent adult and a resident of Placer County, California. As such, she is a citizen of the state of California.

13. National Union has at all times relevant to this case been a corporation, organized under the laws of the State of Pennsylvania, with its principal place of business in New York.

/ / /

### B. Petitioners Seek Nonmonetary Relief and the Amount in Controversy Exceeds $75,000

14. The Petition to Compel Arbitration seeks nonmonetary relief. Petitioners seek to compel National Union to arbitrate underinsured motorist policy benefits arising out of auto accident on September 30, 2015. Petitioners allege that Timothy Cross was driving a truck owned by his employer, Hilbers, Inc. While exiting Highway 80 in Sacramento, Timothy Cross alleges he was broadsided by Laurel Bane.

15. National Union issued an insurance policy to Hilbers, Inc., policy number 657-92-27, effective December 31, 2014 to December 31, 2015, which includes a Liability Coverage limit of $1,000,000. The National Union Policy is endorsed with Split Uninsured Motorist Coverage Limits California, which states the "Bodily Injury" limits are $30,000 for Each Person, and $60,000 Each Accident ("National Union Policy"). A true and correct copy of the Declaration of Linda Murphy, filed in the State Court Action, and signed April 19, 2019, is attached hereto as Exhibit D, authenticates the National Union Policy as Exhibit 1.

16. Petitioners alleges that a "controversy has arisen between Petitioners and Respondent in that Respondent is refusing to pay benefits owed for injuries and damages resulting from a motor vehicle collision." The Petition does not allege an amount in controversy. (Exhibit A.)

17. On December 10, 2018, Petitioners sent a demand to National Union stating "Please accept this letter as Tim and Lesly Cross' demand for the $1,000,000.00 Underinsured Motorist Limits applicable." See Declaration of Linda Murphy (Exhibit D hereto), and email attached as Exhibit 3 to that declaration.

18. Pursuant to 28 USC §1446(c), National Union hereby asserts that in addition to the nonmonetary relief requested, the amount in controversy demanded by Petitioners exceeds $75,000 based upon the demand to National Union on December 10, 2018 of $1,000,000. *See, Chavez v. JPMorgan Chase & Co.*, 888 F.3d 413 (9th Cir. 2018).

///

### III. ALL OTHER PREREQUISITES FOR REMOVAL ARE SATISFIED

19. This removal notice is filed in the United States District Court for the Eastern District of California, Sacramento Division, because the State Court Action is pending in the County of Placer.

20. National Union has sought no similar relief with respect to this matter.

21. Written notice of the filing of this Notice of Removal will be given to the Placer County Superior Court as required by 28 U.S.C. §1446(d).

22. Written notice of the filing of this Notice of Removal will be given to Petitioner's counsel as required by 28 U.S.C. §1446(d).

23. National Union has not formally appeared in the State Court Action, and only specially appeared to oppose the Petition to Compel Arbitration. *Resolution Trust Crop. v. Bayside Developers,* 43 F.3d 1230, 1240.

24. Pursuant to 28 U.S.C. §1446(a), Exhibits A-H, consist of all process, pleadings, and orders served upon or by National Union in the State Court Action.

DATED: May 3, 2019                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     /s/ Rebecca R. Weinreich
          Rebecca R. Weinreich
          Angela A. Zanin
          Attorneys for Respondent NATIONAL UNION
          FIRE INSURANCE COMPANY OF
          PITTSBURGH, PA

# FEDERAL COURT PROOF OF SERVICE

*Cross v. American International Group, Inc.*
Case No. SCV 0042620

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On **May 3, 2019**, I served the following document(s): **RESPONDENT NATIONAL UNION'S NOTICE TO FEDERAL COURT OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332(A) AND 1441(B); CERTIFICATE OF INTERESTED PARTIES**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

C. Brooks Cutter, Esq.                    *Attorneys for Petitioners*
John G. Roussas, Esq.
Matthew M. Breining, Esq.
CUTTER LAW P.C.
401 Watt Avenue
Sacramento, CA 95864
Tel.:  (916) 290-9400
Fax:   (916) 588-9330
Email:    jroussas@cutterlaw.com

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **May 3, 2019**, at Los Angeles, California.

_____
Jeanne Ideno

4848-1027-3941.1

RESPONDENT NATIONAL UNION'S NOTICE TO FEDERAL COURT OF REMOVAL
PURSUANT TO 28 U.S.C. §§ 1332(a) AND 1441(b)

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW