1  C. Brooks Cutter, SBN 121407
   John G. Roussas, SBN 227325
2  Matthew M. Breining, SBN 306788
   **CUTTER LAW P.C.**
3  401 Watt Avenue
   Sacramento, CA 95864
4  Telephone:     (916) 290-9400
   Facsimile:     (916) 588-9330
5  Email:         jroussas@cutterlaw.com

6  Attorneys for Plaintiffs,
   TIMOTHY CROSS and LESLY CROSS
7

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF PLACER

MAR 0 6 2019

JAKE CHATTERS
EXECUTIVE OFFICER & CLERK
By: E. Cavazos, Deputy

8             SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      FOR THE COUNTY OF PLACER

10

11  TIMOTHY CROSS; LESLY CROSS,          Case No. **S C V    0 0 4 2 6 2 0**

12             Petitioner,              **PETITIONERS TIMOTHY CROSS AND
                                        LESLY CROSS' PETITION TO**
13     v.                              **COMPEL ARBITRATION**

14  AMERICAN INTERNATIONAL
    GROUP, INC, and DOES 1 through 10,
15  inclusive,                          Date: 5-2-19
                                        Time: 8:30 am
16             Respondents.             Dept: 42
                                        Judge: 42
17                                                        **BY FAX**

18       Petitioners TIMOTHY CROSS and LESLY CROSS allege as follows:

19       1.    At all relevant times herein, Petitioner Timothy Cross was insured by American

20  International Group, Inc., ("AIG") for *inter alia,* an Uninsured Motorist/Underinsured Motorist

21  ("UM/UIM") policy (the "Agreement").

22       2.    The Agreement, Section 5, provides that the Parties are to arbitrate disagreements

23  as follows:

24       **"Arbitration. (a) If we and an "insured" disagree whether the "insured" is
         legally entitled to recover damages from the owner or driver of an
25       "uninsured motor vehicle" or do not agree as to the amount of damages that
         are recoverable by that "insured", the disagreement will be settled by
26       arbitration. Such arbitration may be initiated by written demand for
         arbitration made by either party.**
27

28  / / /

                                    -1-
                         PETITION TO COMPEL ARBITRATION

A - 8

3.      A controversy has arisen between Petitioners and Respondent in that Respondent is refusing to pay benefits owed for injuries and damages resulting from a motor vehicle collision.

4.      The Agreement provides that, unless both Parties agree otherwise, arbitration will take place in the county in which the insured lives. Petitioners Timothy Cross and Lesly Cross reside in Placer County.

5.      On or about January 31, 2019, *Petitioner* demanded that Respondent submit the issues to arbitration as agreed.

6.      Respondent has at all times refused, and still refuses, to arbitrate.

WHEREFORE, Petitioner prays:

1.      That the Court order Respondent to arbitrate the controversy as alleged herein.

2.      That Petitioner be awarded costs of suit and attorney's fees herein incurred.

3.      For such other and further relief as the court may deem proper.

Dated: March 6, 2019                                    CUTTER LAW P.C.

By: _____

John C. Roussas
Attorneys for Plaintiffs

-2-

PETITION TO COMPEL ARBITRATION

A - 9