1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
REBECCA R. WEINREICH, SB# 155684
2   E-Mail: Rebecca.Weinreich@lewisbrisbois.com
ANGELA A. ZANIN, SB# 229149
3   E-Mail: Angela.Zanin@lewisbrisbois.com
633 West 5th Street, Suite 4000
4 Los Angeles, California 90071
Telephone: 213.250.1800
5 Facsimile: 213.250.7900

6 Attorneys for Respondent NATIONAL UNION
FIRE INSURANCE COMPANY OF
7 PITTSBURGH, PA (DOE 1)

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10

| | |
|---|---|
| 11 TIMOTHY CROSS; LESLY CROSS, | CASE NO.   **19-347** |
| 12 Petitioners, | **RESPONDENT NATIONAL UNION'S NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(a) AND 1441(b)** |
| 13 vs. | |
| 14 NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (DOE 1), | **[DIVERSITY]** |
| 15 Respondents. | |
| 16 | |

17  TO THE HONORABLE COURT, PETITIONERS HEREIN, AND THEIR RESPECTIVE

18 ATTORNEYS OF RECORD:

19  PLEASE TAKE NOTICE that under the provisions of 28 U.S.C. §§ 1332(a) and 1441(b),

20 Respondent National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), filed

21 with the Clerk of the Court for the United States District Court, Eastern District, Sacramento

22 Division, the attached Notice of Removal and supporting pleadings to accomplish the removal of

23 the action pending in the Superior Court of the State of California in and for the County of Placer,

24 entitled *Timothy Cross, et al. v. National Union*, Placer County Superior Court, Case Number

25 SCV0042620, commenced on March 6, 2019, to the United States District Court, Eastern District,

26 Sacramento Division.

27  A copy of the Notice of Removal and supporting papers has also been filed with the Clerk

28 of the Placer County Superior Court, as an attachment to the Notice to State Court of Removal to

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4842-8671-1445.1                                          1
RESPONDENT NATIONAL UNION'S NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION

1    Federal Court.

2    DATED: May 3, 2019                      LEWIS BRISBOIS BISGAARD & SMITH LLP

3

4                                      By:  _____/s/ Rebecca R. Weinreich_____

5                                            Rebecca R. Weinreich
                                             Angela A. Zanin
6                                            Attorneys for Respondent NATIONAL UNION
                                             FIRE INSURANCE COMPANY OF
7                                            PITTSBURGH, PA (DOE 1)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4842-8671-1445.1
                                              2
RESPONDENT NATIONAL UNION'S NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# FEDERAL COURT PROOF OF SERVICE

*Cross v. American International Group, Inc.*
Case No. SCV 0042620

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On **May 3, 2019**, I served the following document(s):  **RESPONDENT NATIONAL UNION'S NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(A) AND 1441(B)**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

C. Brooks Cutter, Esq.                    *Attorneys for Petitioners*
John G. Roussas, Esq.
Matthew M. Breining, Esq.
CUTTER LAW P.C.
401 Watt Avenue
Sacramento, CA 95864
Tel.:   (916) 290-9400
Fax:   (916) 588-9330
Email:      iroussas@cutterlaw.com

The documents were served by the following means:

☒     (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **May 3, 2019**, at Los Angeles, California.

Jeanne Ideno

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4842-8671-1445.1