| | |
|---|---|
| 1 | C. Brooks Cutter, SBN 121407 |
| | John G. Roussas, SBN 227325 |
| 2 | Matthew M. Breining, SBN 306788 |
| | **CUTTER LAW P.C.** |
| 3 | 401 Watt Avenue |
| | Sacramento, CA 95864 |
| 4 | Telephone:   (916) 290-9400 |
| | Facsimile:    (916) 588-9330 |
| 5 | Email:          jroussas@cutterlaw.com |

6  Attorneys for Petitioners,
    TIMOTHY CROSS and LESLY CROSS
7

8                    UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

| | | |
|---|---|---|
| 11 | TIMOTHY CROSS; LESLY CROSS, | Case No. 2:19-cv-00787-KJM-DB |
| 12 | Petitioners, | |
| 13 | v. | **PETITIONERS TIMOTHY CROSS AND LESLY CROSS' NOTICE OF PETITION TO COMPEL ARBITRATION** |
| 14 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (DOE 1), | Date: July 12, 2019 |
| 15 | | Time: 10:00 am |
| 16 | Respondents. | Courtroom 3, 15th floor |
| | | Hon. Judge Kimberly J. Mueller |
| 17 | | |

18  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19         NOTICE IS HEREBY GIVEN THAT on July 12, 2019, at 10:00 a.m., or as soon as the

20  matter may be heard in Courtroom 3, 15th Floor of this Court, located at 501 I Street, Suite 4-200,

21  Sacramento, CA 95814, California, the petition of TIMOTHY CROSS and LESLY CROSS,

22  Petitioners, for an order to arbitrate certain controversies specified in the petition, a copy of which

23  is served herewith, will be heard by the court.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1 | The Parties have met and conferred. National Union Fire Insurance Company of Pittsburgh, PA is of the position that Petitioners have no right to enforce Arbitration as they claim there is no UIM coverage available. Respondents have filed a Motion to Dismiss scheduled for hearing in this Court on July 12, 2019.

This Petition will be based on this Notice of Petition, the concurrently filed Petition to Compel Arbitration, any oral and documentary evidence that may be presented at the time the Petition is heard, and upon such other and further matters as this court deems just and proper.

Dated: June 11, 2019                         CUTTER LAW P.C.

By: _____
John G. Roussas
Attorneys for Petitioners

-2-
NOTICE OF PETITION TO COMPEL ARBITRATION

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2019 I filed the foregoing document PETITIONERS TIMOTHY CROSS AND LESLY CROSS' NOTICE OF PETITION TO COMPEL ARBITRATION with the Clerk of the Court for the United States District Court, Eastern District of California electronic filing system ECF.

Dated: June 11, 2019

By: _____
John A. Roussas