C. Brooks Cutter, SBN 121407
John G. Roussas, SBN 227325
Matthew M. Breining, SBN 306788
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone:   (916) 290-9400
Facsimile:   (916) 588-9330
Email:   jroussas@cutterlaw.com

Attorneys for Petitioners,
TIMOTHY CROSS and LESLY CROSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TIMOTHY CROSS; LESLY CROSS,<br><br>          Petitioners,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (DOE 1),<br><br>          Respondents. | Case No. 2:19-cv-00787-KJM-DB<br><br>**PETITIONERS TIMOTHY CROSS AND LESLY CROSS' PETITION TO COMPEL ARBITRATION**<br><br>Date: July 12, 2019<br>Time: 10:00 am<br>Courtroom 3, 15th floor<br>Hon. Judge Kimberly J. Mueller |

Petitioners TIMOTHY CROSS and LESLY CROSS allege as follows:

1. At all relevant times herein, Petitioner Timothy Cross was insured by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("NUF") for *inter alia,* an Uninsured Motorist/Underinsured Motorist ("UM/UIM") policy (the "Agreement").

2. The Agreement, Section 5, provides that the Parties are to arbitrate disagreements as follows:

> **"Arbitration. (a) If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", the disagreement will be settled by arbitration. Such arbitration may be initiated by written demand for arbitration made by either party."**

///

3. A controversy has arisen between Petitioners and Respondent in that Respondent is refusing to pay benefits owed for injuries and damages resulting from a motor vehicle collision.

4. The Agreement provides that, unless both Parties agree otherwise, arbitration will take place in the county in which the insured lives. Petitioners TIMOTHY CROSS and LESLY CROSS reside in Placer County.

5. On or about January 31, 2019, Petitioner demanded that Respondent submit the issues to arbitration as agreed.

6. Respondent has at all times refused, and still refuses, to arbitrate.

WHEREFORE, Petitioner prays:

1. That the Court order Respondent to arbitrate the controversy as alleged herein.

2. That Petitioner be awarded costs of suit and attorney's fees herein incurred.

3. For such other and further relief as the court may deem proper.

Dated: June 11, 2019                    CUTTER LAW P.C.

By: _____
John C. Koussas
Attorneys for Petitioners

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2019 I filed the foregoing document PETITIONERS TIMOTHY CROSS AND LESLY CROSS' PETITION TO COMPEL ARBITRATION with the Clerk of the Court for the United States District Court, Eastern District of California electronic filing system ECF.

Dated: June 11, 2019

By: _____
John G. Roussas